IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNDEL HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-15-125-HE |
| v. | ) |
| | ) |
| OKLAHOMA CITY UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

Dated this 6th day of January, 2016.

| | |
|---|---|
| /s/ Barrett T. Bowers | /s/Ryan S. Wilson |
| Stanley M. Ward, OBA#9351 | Ryan S. Wilson, OBA#1434 |
| Woodrow K. Glass, OBA#15690 | WILSON LAW FIRM |
| Scott F. Brockman, OBA#19416 | Post Office Box 891390 |
| R. Ben Houston, OBA#14751 | Oklahoma City, OK 73189 |
| Barrett T. Bowers, OBA#30493 | Telephone:   (405) 246-0092 |
| Brent L. Neighbors, OBA#15910 | Facsimile:    (405) 246-9652 |
| WARD & GLASS, LLP | ryan@RSWilsonlaw.com |
| 1821 E. Imhoff Road, Ste. 102 | |
| Norman, OK 73071 | **ATTORNEY FOR DEFENDANT** |
| Telephone:   (405) 360-9700 | |
| Facsimile:    (405) 360-7902 | |

**ATTORNEYS FOR PLAINTIFF**